# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN GRAHAM, | Case No.: 1:21-cv-01822-BAK (SKO) |
| Plaintiff, | ORDER STAYING ACTION PURSUANT TO GENERAL ORDER 615 |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff is proceeding *pro se* in the action for judicial review of the decision denying an application for disability insurance benefits under Title II of the Social Security Act. (*See generally* Doc. 1.) Pursuant to General Order No. 615, all civil actions brought against the Commissioner under 42 U.S.C. § 405(g) for judicial review are stayed until either the Commissioner files the administrative record or files a proof of service indicating the record has been served upon a plaintiff. Accordingly, this action is **STAYED** pending further order of the court.

IT IS SO ORDERED.

Dated:   **January 7, 2022**          /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

1