# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN GRAHAM,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI.,<br><br>    Defendant. | Case No. 1:21-cv-01822-AWI-CDB(SS)<br><br>ORDER RE: STIPULATION TO MODIFY FILING AND BRIEFING SCHEDULE FOR THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 16) |

    On April 1, 2022, the Court entered a scheduling order pursuant to which any motion by Plaintiff for summary judgement was to be filed no later than August 1, 2022. (ECF Nos. 8-10)

    On August 12, 2022, because the scheduling order apparently had not been served on the Plaintiff, the Court extended the time for Plaintiff to file any motion for summary judgment and associated briefing schedule (ECF No. 10.) Plaintiff did not file any summary judgment motion on or before the deadline – September 29, 2022.

    Shortly after the summary judgment motion deadline had passed, the Court granted Plaintiff's request to substitute Andrew Thomas Koenig as attorney in lieu of Plaintiff *pro se*. (ECF No. 15). Thereafter, the parties filed a stipulation to further extend Plaintiff's time to file any summary judgement motion and to further extend the briefing schedule. (ECF No. 16.) The Court finds good cause exists to grant the parties' stipulated request, as modified below, and notes

that any further request by Plaintiff for an extension of time to file a summary judgment motion is discouraged.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the filing and briefing schedule on any motion for summary judgment filed by the Plaintiff shall be modified as follows:

1. Plaintiff's motion for summary judgment deadline: **file by December 16, 2022**;
2. Defendant's cross-motion for summary judgment: **file within 45 days after service of Plaintiff's opening brief**; and
3. Plaintiff's optional reply brief: **file within 15 days after service of Defendant's brief**.

IT IS SO ORDERED.

Dated: **October 14, 2022**

UNITED STATES MAGISTRATE JUDGE