# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN GRAHAM,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:21-cv-01822-AWI-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING UNOPPOSED MOTION BY COUNSEL FOR PLAINTIFF FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(b)<br><br>(Doc. 28) |

Andrew Thomas Koenig, counsel for Plaintiff Adrian Graham, filed a motion for attorney's fees under 42 U.S.C. § 406(b).  (Doc. 28.)  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c).

On February 10, 2026, the assigned magistrate judge issued findings and recommendations to grant the unopposed motion by counsel for Plaintiff for attorney's fees under § 406(b).  (Doc. 32.)  The parties were ordered to file any objections to the findings and recommendations within 14 days after service thereof.  *Id.* at 5 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  No objections were filed and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

1

Accordingly, **IT IS HEREBY ORDERED**:

1.  The findings and recommendations issued on February 10, 2026 (Doc. 32) are **ADOPTED** in full.

2.  Counsel for Plaintiff Andrew Thomas Koenig's unopposed motion for authorization of attorney fees under 42. U.S.C. § 406(b) (Doc. 28) is **GRANTED**.

3.  Counsel for Plaintiff Andrew Thomas Koenig is awarded § 406(b) attorney's fees in the amount of $12,558.75.

4.  Upon the receipt of the full attorney's fees, pursuant to 42 U.S.C. § 406(b), Counsel for Plaintiff Andrew Thomas Koenig **SHALL** reimburse to Plaintiff the full amount of the EAJA fee ($7,600.00) previously awarded.  (Doc. 27.)

IT IS SO ORDERED.

Dated:    **March 3, 2026**

UNITED STATES DISTRICT JUDGE

2